B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION dba AMTRAK
AND MARK WILLIAMS JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH LANGSTON & DAWN LANGSTON, heirs on behalf of KENNETH DEVON LANGSTON (Deceased),<br><br>Plaintiffs,<br><br>v.<br><br>MARK WILLIAMS JONES; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK,<br><br>Defendants. | Case No. 2:09-cv-00797 WBS KJM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION'S AND MARK WILLIAMS JONES' REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:    July 13, 2009<br>Time:    2:00 p.m.<br>Judge:   Hon. William B. Shubb |

Defendants National Railroad Passenger Corporation's and Mark Williams Jones' Request for Telephonic Appearance at the July 13, 2009 Scheduling Conference is granted. The Court will initiate the telephone call to Counsel for Defendant National Railroad Passenger Corporation, Liza Siu Mendoza, Telephone: (510) 433-2600.

IT IS SO ORDERED.

DATED:  July 1, 2009

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE