B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION dba AMTRAK
AND MARK WILLIAMS JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH LANGSTON & DAWN LANGSTON, heirs on behalf of KENNETH DEVON LANGSTON (Deceased),<br><br>Plaintiffs,<br><br>v.<br><br>MARK WILLIAMS JONES; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; and Does 1-50,<br><br>Defendants. | Case No. 2:09-cv-00797 WBS KJM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |
| MARK WILLIAMS JONES; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>GAIL DALPHINE FUNCHES,<br><br>Third Party Defendant. | |

///

///

///

13249-36628 LSM 578290.1     1     Case No. 2:09-cv-00797 WBS KJM

STIPULATION AND ORDER OF DISMISSAL

1  IT IS HEREBY STIPULATED by and between plaintiffs KENNETH LANGSTON and
2  DAWN LANGSTON, Third Party Defendant GAIL DALPHINE FUNCHES, and defendants
3  MARK WILLIAMS JONES and NATIONAL RAILROAD PASSENGER CORPORATION
4  (Amtrak), by and through their counsel, that the entire action as captioned above be hereby
5  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party agrees
6  to bear their own costs.

7  DATED: December 9, 2009            CHILD & GORDON, PC

9                                      By:  /s/ Erick E. Child
10                                          ERIK E. CHILD
                                            Attorneys for Plaintiffs KENNETH
11                                          LANGSTON and DAWN LANGSTON, and
                                            Third Party Defendant GAIL D. FUNCHES

13 DATED: December 1, 2009            LOMBARDI, LOPER & CONANT, LLP

15                                      By:  /s/ Liza Siu Mendoza
                                            LIZA SIU MENDOZA
16                                          Attorneys for Defendants
                                            MARK WILLIAMS JONES and NATIONAL
17                                          RAILROAD PASSENGER CORPORATION

19 IT IS SO ORDERED.
20 DATED:  January 19, 2010

                    [signature]
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-36628 LSM 578290.1            2            Case No. 2:09-cv-00797 WBS KJM
STIPULATION AND ORDER OF DISMISSAL